IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03117-PAB-MJW

BRIAN EDMOND BATH,

Plaintiff,

v.

DYCK O'NEAL and
EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Experian Information Solutions, Inc.'s Motion for Leave to Appear at Rule 16 Scheduling Conference via Telephone (Docket No. **29**), filed with the court February 15, 2012, is GRANTED finding good cause shown.

    It is FURTHER ORDERED that counsel for Defendant Experian Information Solutions, Inc. shall contact the Court at (303) 844-2403 for the Rule 16 Scheduling Conference set February 23, 2012 at 2:00 PM (Mountain Time).

Date:   February 17, 2012