IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03117-PAB-MJW

BRIAN EDMOND BATH,

      Plaintiff,

v.

DYCK O'NEAL and
EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

      This matter is before the Court on the Recommendation of United States
Magistrate Judge Michael J. Watanabe filed on March 1, 2012 [Docket No. 35].  The
Recommendation states that objections to the Recommendation must be filed within
fourteen days after its service on the parties.  *See also* 28 U.S.C. § 636(b)(1)(C).  The
Recommendation was served on March 1, 2012.  No party has objected to the
Recommendation.

      In the absence of an objection, the district court may review a magistrate judge's
recommendation under any standard it deems appropriate.  *Summers v. Utah*, 927 F.2d
1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t
does not appear that Congress intended to require district court review of a magistrate's
factual or legal conclusions, under a *de novo* or any other standard, when neither party
objects to those findings").  In this matter, I have reviewed the Recommendation to

satisfy myself that there is "no clear error on the face of the record."[1]  *See* Fed. R. Civ.

P. 72(b), Advisory Committee Notes.  Based on this review, I have concluded that the

Recommendation is a correct application of the facts and the law.  Accordingly, it is

   **ORDERED** as follows:

   1.  The Recommendation of United States Magistrate Judge [Docket No. 35] is

ACCEPTED.

   2.  This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 16(f) and

41(b) and D.C.COLO.LCivR 41.1 based on plaintiff's repeated failure to appear and

failure to comply with court orders.

   3.  Plaintiff shall pay defendants' attorney's fees and costs for their appearances

at the February 23, 2012 and March 1, 2012 proceedings at which plaintiff failed to

appear.

   4.  All pending motions are DENIED as moot.


   DATED March 29, 2012.

                         BY THE COURT:


                          s/Philip A. Brimmer
                         PHILIP A. BRIMMER
                         United States District Judge

---

[1]This standard of review is something less than a "clearly erroneous or contrary
to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo
review.  Fed. R. Civ. P. 72(b).